DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUSSELL MATTHEWS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2154

[June 3, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562008CF004484A.

Russell L. Matthews, Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KUNTZ and ARTAU, JJ., concur.

*             *             *

***Not final until disposition of timely filed motion for rehearing.***